| | |
|---|---|
| United States of America,<br>Plaintiff<br>V.<br>One 2004 Gold Cadillac Deville<br>VIN:1G6KD54724U101617<br><br>            Defendant | Civil Action No.<br>07-CV-01753 ESH<br><br>**RECEIVED**<br>NOV - 5 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

Claim

  I Tiffany Craggette is the owner the 2004 Gold Cadillac Deville in question. I would like to regain possession of my vehicle as soon as possible. Without the custody of this vehicle, it is causing hardship for my family and myself. I need this transportation for school and work. I am a full time Student enrolled in the Ultrasound program at a local college and have part-time employment as a phlebotomist. I perform medical examination for an insurance company that requires me to travel from one location to another.

  I am not a drug dealer and I was not aware that my vehicle was being used to transport drugs. I used poor judgement in allowing someone to use my car. I have learned a big lesson from this experience and will be extremely careful in the future in allowing friends or family to utilize any of my possessions.

*Tiffany Craggette*
*Tiffany Craggett*  11-1-07

*Darrin Boone*  11/1/07
DARRIN L. BOONE
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires June 9, 2010