UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Civil Action No. 07-1753 (ESH) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| ONE 2004 GOLD CADILLAC DEVILLE : | |
| VIN #: 1G6KD54Y24U101617, | |
| : | |
| Defendant. : | |
| _____: | |

## MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

***COMES NOW***, plaintiff United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully to move to continue the Initial Scheduling Conference set for Friday, January 11, 2008, at 9:45 a.m. As grounds for this request, Plaintiff states as follows:

1. This is a civil forfeiture action *in rem* brought on the government's complaint that the defendant vehicle has ties to alleged drug-related and money-laundering crimes. See 21 U.S.C. § 881(a)(6), 18 U.S.C. § 981(a)(1)(A) (authorizing forfeiture of property based on links to particular crimes). Ms. Craggette is the defendant vehicle's titled owner. She has filed an unverified claim in this matter, but no answer. Nor has any other person filed any claim or answer.

2. By previous order, the Court set an Initial Scheduling Conference for Friday, January 11, 2008, at 9:45 a.m., and directed the parties (Plaintiff and Ms. Craggette) to meet, confer, take other actions, and file appropriate reports with the Court. Plaintiff's counsel has been unable to contact Ms. Craggette by telephone. The unverified claim she filed includes no

telephone number for her, and she does not appear to be listed in directory assistance.

3. On December 29, 2008, via regular and certified first-class mail, Plaintiff's counsel sent a letter to Ms. Craggette requesting she contact the undersigned attorney regarding the meet and confer requirements. See Exhibit A. To date, there has been no response.

4. Meanwhile, Plaintiff prepared and filed a Motion to Strike Claim and for Default Judgment and Entry of Judgment of Forfeiture in the instant matter. See Document No. 5. If granted, said motion will dispose of the instant matter.

5. In addition, Plaintiff's counsel is currently scheduled to attend a legal conference in Columbia, South Carolina from January 9, 2008 through January 11, 2008.

6. Because Plaintiff has been unable to confer with Ms. Craggette about discovery issues and because a dispositive motion is pending that would render discovery unnecessary, Plaintiff respectfully submits that it would not be profitable use of this Court's resources to hold a scheduling conference on January 11, 2008 in order to consider now preliminary matters of discovery and pre-trial conduct of litigation. Therefore, Plaintiff asks the Court to defer the Initial Scheduling Conference until the pending dispositive motion has been addressed. Additionally, the Plaintiff asks the Court to vacate that portion of its earlier order requiring certain reports to be filed by specific times. A proposed order is attached.

Respectfully submitted,

_/s/_____
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney

_/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney

_/s/_____
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7912
Diane.Lucas@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Continue Initial Scheduling Conference were sent by U.S. Postal Service, first class mail, to Ms. Tiffany Craggette, in the 2000 block of Ewing Avenue, Suitland, Maryland 20746 on this 4th day of January, 2008.

_/s/_____
DIANE G. LUCAS
Assistant United States Attorney



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 31, 2007

Tiffany Craggette
███ Ewing Avenue
Apt. ███
Suitland, MD 20746

Re: <u>United States v. One 2004 Gold Cadillac Deville</u>, Case No. 07-1753

Dear Ms. Craggette:

On December 10, 2007, the Court ordered the parties to "meet and confer" and file a report prior to the Initial Scheduling Conference currently scheduled for January 11, 2008 at 9:45 a.m. I plan on filing a motion to continue the Initial Scheduling Conference, however, I do not know whether the Court will grant that motion.

I have been unable to obtain a telephone number for you to schedule the "meet and confer" conference. Please contact me as soon as possible at 202-514-7912 so that we may schedule this meeting and discuss this case. I can also be reached at Diane.Lucas@usdoj.gov.

I appreciate your prompt attention to this matter.

Sincerely,

Jeffrey A. Taylor
United States Attorney

By: *[signature]*

Diane G. Lucas
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **Civil Action No. 07-1753 (ESH)** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **ONE 2004 GOLD CADILLAC DEVILLE** : | |
| **VIN #: 1G6KD54Y24U101617,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**<u>ORDER</u>**

This matter comes before the Court on a motion to continue the Initial Scheduling Conference set for January 11, 2008.  Upon consideration of the motion, and noting that a dispositive motion has been filed by Plaintiff, it is by the Court this _____ day of January, 2008

ORDERED, that the motion to continue be, and the same hereby is, GRANTED; and it is further

ORDERED, that the Initial Scheduling Conference shall be deferred until resolution of the dispositive motion; and it is further

ORDERED, that any statements due under applicable civil procedure rules shall be filed not later than seven calendar days before the Initial Status Conference, and any earlier deadlines for filing such reports are hereby vacated.

_____
ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE