AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America,

       Plaintiff(s)      )
                                    )  **APPEARANCE**

          vs.             )  CASE NUMBER    01-1753 (ESH)
One 2004 Gold Cadillac Deville VIN #:  )
1G6KD54Y24U101617,              )
       Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Miles Clark   as counsel in this
                                     (Attorney's Name)

case for:   Tiffany Craggette, Claimant
                 (Name of party or parties)

January 26, 2008
Date

*[signature]*
Signature

Miles Clark
Print Name

DC Bar No. 489388
BAR IDENTIFICATION

Zuckerman Spaeder LLP
Address

1800 M St., NW, Washington, DC     20036
City           State           Zip Code

202-778-1800
Phone Number