IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONE 2004 GOLD CADILLAC DEVILLE ) <br> VIN #: 1G6KD54Y24U101617, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1753 (ESH) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE ANSWER AND AMENDED CLAIM**

Claimant Tiffany Craggette, by undersigned counsel, hereby moves for a two-week extension of time, until February 11, 2008, to file an answer and amended claim in the above-captioned action. The United States does not oppose the relief sought by this motion. In support of this motion, Ms. Craggette states as follows:

1. Pursuant to the Court's January 11, 2008 Order, Ms. Craggette was directed to file an answer and amended claim on or before January 28, 2008.

2. The parties are currently attempting to settle Ms. Craggette's claim.

3. Ms. Craggette accordingly requests a two-week extension of time, until February 11, 2008, to file her answer and amended claim.

4. Prior to filing the instant motion, undersigned counsel conferred with Assistant United States Attorney William Cowden. The United States does not oppose the relief requested herein.

WHEREFORE, Claimant Tiffany Craggette respectfully requests that the Court enter an order extending the time within which she must file an answer and amended claim until February 11, 2008.

A proposed order is attached.

Dated: January 26, 2008                          Respectfully submitted,

                                                  /s/ Miles Clark_____
Miles Clark
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
(202) 778-1800 (phone)
(202) 822-8106 (fax)
mclark@zuckerman.com

*Counsel for Claimant Tiffany Craggette*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1753 (ESH) |
| ) | |
| ONE 2004 GOLD CADILLAC DEVILLE ) | |
| VIN #: 1G6KD54Y24U101617, ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

Upon consideration of Claimant Tiffany Craggette's Unopposed Motion for Extension of Time To File Answer and Amended Claim, it is this _____ day of January, 2008, hereby

ORDERED that the deadline by which Tiffany Craggette must file an answer and amended claim in the above-captioned action is extended to February 11, 2008.

_____
Honorable Ellen Segal Huvelle
United States District Court Judge