# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1753 (ESH) |
| ONE 2004 GOLD CADILLAC DEVILLE VIN #: 1G6KD54Y24U101617, | ) |
| Defendant. | ) |

## NOTICE

Claimant Tiffany Craggette, through undersigned counsel, will not file an Answer or an Amended Claim in the above-captioned action and will not pursue the Claim that previously was filed on her behalf on November 5, 2007 (Docket No. 3).

Dated: February 11, 2008

Respectfully submitted,

  /s/  Miles Clark
Miles Clark
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
(202) 778-1800 (phone)
(202) 822-8106 (fax)
mclark@zuckerman.com

*Counsel for Claimant Tiffany Craggette*