**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Civil Action No. 07-1753 (ESH) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ONE 2004 GOLD CADILLAC DEVILLE | : | |
| VIN #: 1G6KD54Y24U101617, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**RENEWED MOTION TO STRIKE CLAIM AND FOR ENTRY OF DEFAULT**
**JUDGMENT AND FOR JUDGMENT OF FORFEITURE**

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully renews its motion to strike the claim filed by Tiffany

Craggette pursuant to Rules G(8)(c)(i)(A) and (B) of the  Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions, and 18 U.S.C. § 983(a)(4)(B).  The United States

incorporates as if fully rewritten herein its motion to strike claim and for entry of default

judgment and for judgment of forfeiture filed on January 4, 2008, and the accompanying

memorandum.  See Document No. 5.[1]  In further support of said motion, the United States states

that on January 11, 2008, the Court denied the United States' motion "without prejudice to being

renewed in the event that [claimant] fails to file the required answer and claim..."  See January

11, 2008 Minute Order.  On February 11, 2008, Tiffany Craggette filed a notice stating that she

will not be filing an answer, an amended claim, or pursuing her claim filed in this matter.  See

Document No. 10.  Thus, the United States renews its motion to strike Ms. Craggette's claim for

_____

[1] "Document No." refers to the number assigned to the electronically-filed documents in
the instant matter.

the reasons set forth in its orginal motion to strike.

In addition, the United States renews its motion pursuant to Fed. R. Civ. P. 55 for entry of a default judgment and for judgment of forfeiture as to the defendant vehicle.  As discussed in the previous memorandum of points and authorities, no other party has filed a timely verified claim or answer in order to challenge the forfeiture of the defendant vehicle, and the time for filing a claim and answer has expired.  Thus, the United States is entitled to default judgment. See 18 U.S.C. § 983(a)(4)(A), Supplemental Rule G(5) and Fed. R. Civ. P. 55(a) and (b).

A proposed Order and Judgment of Forfeiture for the defendant vehicle is submitted to the Court.

Respectfully submitted,

_/s/_____
JEFFERY A. TAYLOR, D.C. Bar #498610
United States Attorney

_/s/_____
WILLIAM R. COWDEN, D.C. Bar #426301
Assistant United States Attorney

_/s/_____
DIANE G. LUCAS, D.C. Bar #443610
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7912
Diane.Lucas@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Renewed Motion to Strike Claim and for Default Judgment and for Judgment of Forfeiture, accompanying Memorandum, and Proposed Order were sent by EFC to Tiffany Craggette's counsel, Miles Clark, Esquire, Zuckerman Spaeder LLP, 1800 M Street NW, Washington, DC 20036 on this 14th day of February, 2008.


                                        /s/
                                        DIANE G. LUCAS
                                        Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Civil Action No. 07-1753 (ESH)** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ONE 2004 GOLD CADILLAC DEVILLE** | : | |
| **VIN #: 1G6KD54Y24U101617,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

On October 1, 2007, the United States filed a Verified Complaint for Forfeiture *In Rem*

against the defendant vehicle.  In the Complaint, the United States alleged that the defendant

vehicle was forfeitable because it:  1) was a conveyance used, or is intended for use, to transport

or facilitate the transportation, sale, receipt, possession or concealment of controlled substances,

in violation of the Controlled Substances Act; 2) constituted or was derived from proceeds

traceable to the exchange of controlled substances, in violation of 21 U.S.C. § 801 *et. seq.*; and 3)

was property involved in money laundering, in violation of 18 U.S.C. § 1956 and/or 1957.

Therefore, the defendant vehicle is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) or 18

U.S.C. § 981(a).

It appearing that process was fully issued in this action with respect to the defendant

vehicle according to law;

That pursuant to a Warrant of Arrest *In Rem* issued by this Court, the United States

Marshal for the District served the said defendant vehicle on November 2, 2007;

That Ms. Tiffany Craggette did not file a properly verified claim and answer within the

time permitted by 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Certain

Admiralty or Maritime Claims and Asset Forfeiture Actions, and, therefore, she lacks statutory

standing to challenge the forfeiture of the defendant vehicle;

That no other person or entity has filed a timely verified claim and answer challenging the

forfeiture of the defendant vehicle, and the time for filing claims has expired;

That the Verified Complaint supports the requested forfeiture; and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, to strike the

claim of Ms. Tiffany Craggette, for entry of a Default Judgment and Judgment of Forfeiture

against the *in rem* defendant vehicle, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Claim filed by Ms. Tiffany

Craggette on November 5, 2007 is hereby stricken;

**IT IS FURTHER ORDERED** that the default of all persons interested in the *in rem*

defendant vehicle further identified as:

**ONE 2004 GOLD CADILLAC DEVILLE, VIN #: 1G6KD54Y24U101617**

be entered and that no right, title, or interest in the above described defendant vehicle shall exist

in any other party, and that the said defendant vehicle be and hereby is forfeited to the United

States of America to be disposed of in accordance with law.

The Clerk is hereby directed to send copies of this Judgment of Forfeiture to the below-

listed persons and a certified copy to the United States Marshals Service.

Dated this _____ day of _____, 2008.


_____
ELLEN SEGAL HUVELLE
United States District Judge


cc:

Diane G. Lucas
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, N.W., Room 4822
Washington, D.C. 20530

Miles Clark, Esquire
Zuckerman Spaeder, LLP
1800 M Street NW
Washington, DC 20036