FILED
FEB 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil Action No. 07-1753 (ESH) |
| v. | : |
| ONE 2004 GOLD CADILLAC DEVILLE<br>VIN #: 1G6KD54Y24U101617, | : |
| Defendant. | : |

## ORDER

On October 1, 2007, the United States filed a Verified Complaint for Forfeiture *In Rem* against the defendant vehicle. In the Complaint, the United States alleged that the defendant vehicle was forfeitable because it: 1) was a conveyance used, or is intended for use, to transport or facilitate the transportation, sale, receipt, possession or concealment of controlled substances, in violation of the Controlled Substances Act; 2) constituted or was derived from proceeds traceable to the exchange of controlled substances, in violation of 21 U.S.C. § 801 *et. seq.*; and 3) was property involved in money laundering, in violation of 18 U.S.C. § 1956 and/or 1957. Therefore, the defendant vehicle is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) or 18 U.S.C. § 981(a).

It appearing that process was fully issued in this action with respect to the defendant vehicle according to law;

That pursuant to a Warrant of Arrest *In Rem* issued by this Court, the United States Marshal for the District served the said defendant vehicle on November 2, 2007;

That Ms. Tiffany Craggette did not file a properly verified claim and answer within the

time permitted by 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, and, therefore, she lacks statutory standing to challenge the forfeiture of the defendant vehicle;

That no other person or entity has filed a timely verified claim and answer challenging the forfeiture of the defendant vehicle, and the time for filing claims has expired;

That the Verified Complaint supports the requested forfeiture; and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, to strike the claim of Ms. Tiffany Craggette, for entry of a Default Judgment and Judgment of Forfeiture against the *in rem* defendant vehicle, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Claim filed by Ms. Tiffany Craggette on November 5, 2007 is hereby stricken;

**IT IS FURTHER ORDERED** that the default of all persons interested in the *in rem* defendant vehicle further identified as:

**ONE 2004 GOLD CADILLAC DEVILLE, VIN #: 1G6KD54Y24U101617**

be entered and that no right, title, or interest in the above described defendant vehicle shall exist in any other party, and that the said defendant vehicle be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

The Clerk is hereby directed to send copies of this Judgment of Forfeiture to the below-listed persons and a certified copy to the United States Marshals Service.

Dated this _11_ day of _February_ 2008.

_____
ELLEN SEGAL HUVELLE
United States District Judge

cc:

Diane G. Lucas
Assistant United States Attorney
United States Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 Fourth Street, N.W., Room 4822
Washington, D.C. 20530

Ms. Tiffany Craggette, *Pro se*