Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

    V.

Civil Action No. 07-1753 (ESH)

ONE 2004 GOLD CADILLAC DEVILLE

    Defendant(s)

RE:  ONE 2004 GOLD CADILLAC DEVILLE VIN# 1G6KD54Y24U101617

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 2, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 20th day of February, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk